# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**PETER SELLIE**

       vs.                                   **CASE NUMBER: 1:07-cv-475 (VEB)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Judgment on the Pleadings is Granted and Plaintiff's Motion for Judgment on the Pleadings is Denied.  This case is hereby closed.

All of the above pursuant to the order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 4th day of September, 2009.

DATED: September 4, 2009

*[Signature]*
Clerk of Court

                                            s/ Melissa Ennis
                                            Melissa Ennis
                                            Deputy Clerk